# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

## SHREVEPORT DIVISION

| | |
|---|---|
| **GERALD WILLIAMS** | **CIVIL ACTION NO. 18-693-P** |
| **VERSUS** | **JUDGE FOOTE** |
| **JERRY GOODWIN, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** for being frivolous and for failing to state a claim upon which relief may be granted under 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 28th day of __May__ 2020.

**ELIZABETH ERNY FOOTE**
**UNITED STATES DISTRICT JUDGE**